USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
GEORGE LOPEZ,

       Plaintiff Pro Se,

  -against-

NEW YORK CITY DEPT. OF
CORRECTIONS, DEPUTY TINDAL,
DEPUTY BARRETT, CAPTAIN JOHN,
CAPTAIN RAKESTRAW, CAPTAIN
ZOUHBI, CAPTAIN MCFARELANE, C.O.
LATTIMORE, C.O. ATTMORE, C.O.
GOODMAN,

       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

07 Civ. 8587 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

  Plaintiff has failed to serve any of the Defendants with copies of the summons and complaint. The initial pre-trial conference currently scheduled for November 30, 2007 is adjourned to March 7, 2008 at 10:30 a.m. Plaintiff is directed to serve each of the Defendants by February 15, 2008, or this action will be subject to dismissal for failure to prosecute.

Dated: November 26, 2007
    New York, New York

           SO ORDERED:

           _____
           WILLIAM H. PAULEY III
           U.S.D.J.

1

*Copy mailed to*:

George Lopez
No. 241-07-08014
George Detention Center
15-15 Hazen Street
East Elmhurst, NY 11370
*Plaintiff Pro Se*