```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
GEORGE LOPEZ,                                   :
                                                :        07 Civ. 8587 (WHP)
                    Plaintiff Pro Se,  :
                                                :        ORDER
      -against-                          :
                                                :
NEW YORK CITY DEPT. OF                          :
CORRECTIONS, DEPUTY TINDAL,                     :
DEPUTY BARRETT, CAPTAIN JOHN,                   :
CAPTAIN RAKESTRAW, CAPTAIN                      :
ZOUHBI, CAPTAIN MCFARELANE, C.O.                :
LATTIMORE, C.O. ATTMORE, C.O.                   :
GOODMAN,                                        :
                                                :
                    Defendants.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        The initial pretrial conference scheduled for March 7, 2008 is adjourned to April 18, 2008 at 10:30 a.m. Plaintiff is directed to confer with Defendants by April 11, 2008, or this action will be subject to dismissal for failure to prosecute.

Dated:   March 5, 2008
           New York, New York

                                        SO ORDERED:

                                        WILLIAM H. PAULEY III
                                           U.S.D.J.

1

*Copies mailed to*:

George Lopez
No. 241-07-08014
George Detention Center
15-15 Hazen Street
East Elmhurst, NY 11370
*Plaintiff Pro Se*

Toni Lynn Gantz, Esq.
New York City Law Department
100 Church Street
New York, NY 10007
*Counsel for Defendants*

2